UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| YVES EUGENE ADAMS, CESAR REYES, PAM PHILPOTT, BRANDON PHILPOTT, Individually and on behalf of those similarly situated, <br>    Plaintiffs, <br><br> v. <br><br> BENTON COUNTY SHERIFF KELLY CRADDUCK, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, and KEEFE COMMISSARY NETWORK, LLC, <br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 5:13-cv-5074-JLH |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**COME NOW** plaintiffs, Yves Eugene Adams, Cesar Reyes, Pam Philpott, and Brandon Philpott, individually and on behalf of those similarly situated, and file their *Unopposed Motion for Preliminary Approval of Class Action Settlement* and move this Court for an order:

1. Finding the terms of the parties' proposed Settlement Agreement fair, reasonable and adequate and granting preliminary approval to the proposed class action settlement;

2. Preliminarily certifying the following Settlement Class pursuant to Fed. R. Civ. P. 23(b)(3) for purposes of administering the proposed Settlement:

> All individuals that were incarcerated in the Benton County Jail at any time between June 19, 2012 and August 31, 2013 <u>and</u> were upon release from incarceration issued, by or through the detention facility,

a debit card ("the Settlement Class"). (The Settlement Class consists of approximately 2,700 persons.)

3. Appointing Plaintiffs Yves Eugene Adams, Cesar Reyes, Pam Philpott, and Brandon Philpott as Class Representatives;

4. Appointing Monzer Mansour, Attorney at Law, and the law firm of Charles M. Kester, P.L.C., through its attorneys Joe C. Hall and (formerly) Charles Kester, deceased, as Class Counsel;

5. Appointing Benton County, Arkansas as the Claims Administrator to provide notice to the Settlement Class and administer the Settlement;

6. Approving as to form and content the proposed Class Notices and Claim Forms, and directing that notice of the proposed Settlement Agreement be provided to the Settlement Class in accordance with the provisions of the Settlement Agreement; and,

7. Scheduling a Final Approval Hearing to consider whether to grant final approval of the proposed Settlement Agreement.

Plaintiffs set forth their reasons in support of this motion in a memorandum of law filed herewith, along with the proposed settlement agreement.

        /s/ Monzer Mansour
        Monzer Mansour (AB No. 97144)
        212 ½ E. Emma Ave.
        Springdale, AR  72764
        Telephone: 479.751.3411
        Facsimile: 479.751.3412

        And

        Joseph C. Hall
        THE KESTER LAW FIRM, PLC
        PO Box 184
        1160 North College Ave.
        Fayetteville, AR  72702-0184
        Telephone: 479.582.4600
        Facsimile: 479.571.1671

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2014, I electronically filed the foregoing with the Clerk of the United States District Court for the Western District of Arkansas, using the CM/ECF system which sent notification of such filing to all CM/ECF participants of record, and hereby certify that I am mailing the document by electronic transmission and/or United States Postal Service to all non-CM/ECF participants, none of whom are known to exist.

        /s/ Monzer Mansour
        Monzer Mansour